IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America, | : | CR. NO.: 8:18-cr-00412 |
| | : | |
| -vs- | : | |
| | : | **REQUEST PURSUANT TO** |
| Catherine Prosser | : | **FED. R. CRIM. PRO. 16 AND** |
| Defendant. | : | **BRADY V. MARYLAND** |

Defendant above named, by and through the undersigned attorney, Lawrence W. Crane, respectfully requests that Julius N. Richardson, Assistant United States Attorney, produce or otherwise make available to the Defense all documents, tangible objects, reports and examinations and tests, witness statements, physical evidence and any other evidence subject to disclosure pursuant the Federal Rules of Criminal Procedure, Rule 16.

Defendant further requests that Assistant United States Attorney Richardson produce all evidence favorable to the Defendant, subject to disclosure by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.

This request is a continuing request for all such discoverable information, as it becomes known to the Assistant United States Attorney or any prosecution agents.

Respectfully submitted,

S/Lawrence *W. Crane*
Lawrence W. Crane
101 Whitsett Street
Greenville, South Carolina 29601
(864) 235-2900
June 11, 2018        (864) 467-1916 facsimile
Federal Bar No. 4975

Greenville, South Carolina