# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 8:18-412

CATHERINE PROSSER

## PLEA

The Defendant, CATHERINE PROSSER, acknowledges receipt of a copy of the indictment and after arraignment pleads guilty in open court pleads guilty to counts(s) 1, 2, 3.

_Catherine Prosser_
(Signed)    Defendant

Greenville, South Carolina
September 13, 2019